UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL - 8 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 4:20CR334 AGF/SPM |
| ANTWAN WILLIAMS, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

1.  On or about May 8, 2020, in the Eastern District of Missouri,

**ANTWAN WILLIAMS,**

the defendant herein, did knowingly assault, intimidate and interfere with V.T., a United States postal employee, while V.T. was engaged in the performance of her official duties, when defendant brandished a BB gun at V.T.

In violation of, and punishable under, Title 18, United States Code, Section 111(a).

2.  During the offense alleged in paragraph 1, the defendant used a dangerous weapon, specifically a BB gun.

In violation of, and punishable under, Title 18, United States Code, Section 111(b).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN J. WARE, #40880MO
Assistant United States Attorney